**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

Central District of Illinois
Case No. <u>14–71694</u>
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tracy L Cooper
   2079 North Monroe
   Decatur, IL 62526

Social Security / Individual Taxpayer ID No.:
   xxx–xx–1176

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 12/26/14                                                   BY THE COURT

                                                                           <u> /S/   Mary P. Gorman  </u>
                                                                           United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                Central District of Illinois
In re:                                                         Case No. 14-71694-mpg
Tracy L Cooper                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0753-3          User: admin              Page 1 of 2             Date Rcvd: Dec 26, 2014
                              Form ID: b18             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2014.
db          +Tracy L Cooper,   2079 North Monroe,   Decatur, IL 62526-4068
6374372     +Central Illinois Emergency Physcian, LLP,   Mail Processing Center,   PO Box 41309 Dept. 142,
              Nashville, TN 37204-1309
6374373     +Central Illinois Vision Center,   2442 NW Route 121,   Decatur, IL 62526-9461
6415465     +Check N Go,   1331 E. Pershing Road,   Decatur, IL 62526-4730
6374375     +City of Decatur,   1 Gary K. Anderson Plaza,   Decatur, IL 62523-1196
6374376     +Cnac/il117,   2190 E Pershing Rd,   Decatur, IL 62526-2120
6374377     +Comcast Communication,   PO Box 3001,   Southeastern, PA 19398-3001
6374382     +DMH,   PO Box 2572,   Decatur, IL 62525-2572
6374383     +DMH Express Care North,   PO Box 2573,   Decatur, IL 62525-2573
6374379     +Decatur Ambulance Service,   417 W. Wood St.,   Decatur, IL 62522-3109
6415466     +Decatur Housing Authority,   1808 East Locust,   Decatur, IL 62521-1596
6374381     +Decatur Memorial Hospital,   2300 N Edward St.,   Decatur, IL 62526-4192
6374384     +Dr. Chad Burmeister,   2727 N Oakland Ave #104,   Decatur, IL 62526-3179
6374385     +Dr. Roberto Pabalate, MD,   2220 N Monroe St #104,   Decatur, IL 62526-6305
6374386     +ENTA,   101 W. McKinley Ave,   Decatur, IL 62526-3286
6374387     +Jamelle Jarrett,   771 E Grand Ave,   Decatur, IL 62521-1082
6374388     +Janet Beasley,   PO Box 1732,   Decatur, IL 62525-1732
6374389     +Janet F Chott - Beasley,   116 E. Prairie Ave,   Decatur, IL 62523-1228
6374390     +MCCI Decatur,   PO Box 445,   Decatur, IL 62525-0445
6374392     +Midwest Credit/coll,   306 W Eldorado St,   Decatur, IL 62522-2154
6374393     +Midwest Title Loans,   1450 E. Eldorado St.,   Decatur, IL 62521-2036
6374397     +Phu Liza a MD,   4775 E Maryland St,   Decatur, IL 62521-8802
6374398      Pugsley Container,   500 N Mercer St,   Decatur, IL 62521
6374399     +Rohn Allega, M.D.,   3131 North Water Street,   Decatur, IL 62526-2472
6374404     +State Collection Servi,   Attn: Bankruptcy,   Po Box 6250,   Madison, WI 53716-0250
6374405     +Sun Loans,   1335 East Pershing,   Decatur, IL 62526-4730
6374406     +Sw Stdnt Srv,   Po Box 3251,   Evansville, IN 47731-3251
6374407     +Title Max,   1035 E. Pershing,   Decatur, IL 62526-4773
6374408     +Tridentasset.com,   5755 N Point Pkwy,   Alpharetta, GA 30022-1142
6374409     +Tristan T. Hanson,   c/o Neil A Payne,   Strong Law Offices,   3100 North Knoxville Ave,
              Peoria, IL 61603-1046
6374410     +United Collect Bur Inc,   5620 Southwyck Blvd Ste,   Toledo, OH 43614-1501
6374411     +Us Dept Of Education,   Attn: Borrowers Service Dept,   Po Box 5609,
              Greenville, TX 75403-5609
6374412     +Usa Funds/sallie Mae Servicing,   Attn: Claims Department,   Po Box 9400,
              Wilkes-Barre, PA 18773-9400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
6374369     +E-mail/Text: amerenilcredit@ameren.com Dec 26 2014 19:00:43     Ameren Illinois,   PO Box 66884,
              Saint Louis, MO 63166-6884
6374371     +EDI: AMERCASH.COM Dec 26 2014 19:03:00     Americash Loans,   2909 N. Water,
              Decatur, IL 62526-4235
6415465     +EDI: CHECKNGO.COM Dec 26 2014 19:03:00     Check N Go,   1331 E. Pershing Road,
              Decatur, IL 62526-4730
6374374     +EDI: SEARS.COM Dec 26 2014 19:03:00     Citibank/Sears,   PO Box 6282,
              Sioux Falls, SD 57117-6282
6374378     +EDI: CREDPROT.COM Dec 26 2014 19:03:00     Crd Prt Asso,   Attn: Bankruptcy,   Po Box 802068,
              Dallas, TX 75380-2068
6374391     +EDI: MID8.COM Dec 26 2014 19:03:00     Midland Credit Management,   Po Box 939019,
              San Diego, CA 92193-9019
6374396     +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 26 2014 19:00:44     NCO Financial Systems,
              507 Prudential Rd,   Horsham, PA 19044-2368
6374395     +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 26 2014 19:00:45     Nco Fin /99,
              Po Box 15636,   Wilmington, DE 19850-5636
6374400     +E-mail/PDF: bk@worldacceptance.com Dec 26 2014 19:01:35     Royce Financ,   1043 E Eldorado St,
              Decatur, IL 62521-1915
6374403      EDI: SECFIN.COM Dec 26 2014 19:03:00     Security Finance,   204 E. Main Street,
              Spartanburg, SC 29306
6374401     +EDI: NAVIENTFKASMSERV.COM Dec 26 2014 19:03:00     Sallie Mae,   Attention: Claims Dept,
              Po Box 9500,   Wilkes-Barre, PA 18773-9500
6374402     +EDI: SEARS.COM Dec 26 2014 19:03:00     Sears/cbna,   701 East 60th St N,
              Sioux Falls, SD 57104-0432
6374413     +EDI: AFNIVZWIRE.COM Dec 26 2014 19:03:00     Verizon Wireless,   PO Box 25505,
              Lehigh Valley, PA 18002-5505
6374414     +E-mail/PDF: bk@worldacceptance.com Dec 26 2014 19:01:35     World Finance corp,
              3745 N Woodford St.,   Decatur, IL 62526-2717
                                                                                             TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6374370         ##+American Financial,    2891 N. Water,    Decatur, IL 62526-6524
6374380         ##+Decatur EM Medical,    PO Box 587,    Decatur, IL 62525-0587
6374394         ##+National Credit Soluti,    Po Box 15779,    Oklahoma City, OK 73155-5779
                                                                       TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2014 at the address(es) listed below:
              Jeffrey D Richardson    jdrdec@aol.com, il37@ecfcbis.com
              John L GreenLeaf, Jr    on behalf of Debtor Tracy L Cooper GreenLeafLaw@comcast.net
              U.S. Trustee    USTPRegion10.PE.ECF@usdoj.gov
                                                                                 TOTAL: 3